ADKINS TRANSFER CO., INC., ET AL. *v.*
DORNBOS ET AL.

No. 738.  Decided January 13, 1969.

*H. Winston Hathaway* for appellants.

*Harold S. Sawyer* for appellees Dornbos et al., and *Robert E. Plunkett* for appellee The Kroger Co.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed for want of a final judgment.

MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that the appeal should be dismissed for want of a substantial federal question.

MR. JUSTICE STEWART is of the opinion that further consideration of the question of jurisdiction should be postponed to the hearing of the case on the merits.

MR. JUSTICE FORTAS took no part in the consideration or decision of this case.

BROWN *v.* COINER, WARDEN.

No. 871, Misc.  Decided January 13, 1969.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.